IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| JAMI RENEE FAULKNER, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 23-00311-CV-W-JAM-SSA |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL ACTION

__X__  **Decision by Court.** The issues have been considered and a decision has been rendered by the Court.

    **IT IS ORDERED AND ADJUDGED**, this action is REVERSED and REMANDED to the Commissioner, pursuant to Sentence Four, for further consideration and development of the record consistent with the order entered by U.S. Magistrate Judge Jill A. Morris on September 22, 2023.

                                         AT THE DIRECTION OF THE COURT

September 22, 2023                            /s/Paige Wymore-Wynn
Dated                                                  Court Executive

September 25, 2023                           By: Lauren Stout
Entered                                               Deputy Clerk